## 9703

### JAMES v. VICTOR MFG. CO.

#### (92 S. E. 1045.)

1. TRIAL — NONSUIT — CONDITION OF EVIDENCE. — There being sufficient evidence to carry the case to the jury on the issues, granting nonsuit was error.

2. COSTS—ON APPEAL—COMPLIANCE WITH RULES.—Though there is a reversal, appellant's attorneys, not conforming to the rules in manner of preparation of case for appeal, will not be allowed any costs for appeal.

Before MAULDIN, J., Spartanburg, Januuary, 1917. Reversed.

Action by Samuel B. James against the Victor Manufacturing Company. Nonsuit was granted, and plaintiff appeals.

*Messrs. Wyche & Foster, H. C. Miller* and *B. F. Perry, Jr.,* for appellant. *Messrs. Miller & Perry* cite: *As to wilfulness:* 88 S. C. 47; 88 S. C. 15; 91 S. C. 477; 88 S. C. 7; 98 S. C. 96. *Measure of damages:* 40 Cyc. 601; 57 N. E. 719; 56 L. R. A. 899; 14 Am. St. Rep. 319; 49 S. C. 95; 65 S. E. 361; 93 S. C. 420. *Trespass:* 93 S. C. 426; 66 S. E. 59. *Reasonable use of stream:* 40 Am. Rep. 194; 56 L. R. A. 899; 57 Fed. 1000; 14 L. R. A. 329; 108 U. S. 317; 50 L. R. A. 564; 77 Am. St. Rep. 335.

*Messrs. Haynsworth & Haynsworth* and *Jno. Gary Evans,* for respondent, cite: *As to no evidence to show damage:* 96 S. C. 342. *Surface drainage:* 110 Mass. 216, 219; 14 Am. Rep. 592; 10 L. R. A. (N. S.) 586; 24 L. R. A. 572. *Reasonable use of stream:* 60 S. C. 254; 79 S. C. 351; 96 S. C. 420.

June 29, 1917.

The opinion of the Court was delivered by MR. JUSTICE WATTS.

This is an action by plaintiff against the defendant for damages, actual and punitive, and for injunction, for alleged injuries to plaintiff's property by emptying by the defendant of the sewage and other deleterious matter from its mill into an adjacent branch that flowed through the lands of plaintiff contaminating and polluting the waters, etc. After issue joined the case was tried before Judge Mauldin, and a jury at the January term of the Court, 1917, for Spartanburg county.

At the close of plaintiff's testimony a motion for a nonsuit was made by the defendant, which motion was granted

by the Court. After entry of judgment plaintiff appealed, and by four exceptions imputes error on the part of his Honor. The exceptions must be sustained.

There was sufficient evidence to carry the case to the jury, both as to actual damages and wilfulness, and wantonness under the case of *Lowe* v. *Ottaray Mills,* 93 S. C. 420, 77 S. E. 135, and that defendant had notice of the complaint of the plaintiff as to his alleged wrongs and injuries and continued the alleged wrongs after notice in contravention of plaintiff's rights.

The order of nonsuit appealed from must be reversed, but appellant's attorneys have not conformed to the rules of this Court in the manner of preparation of case for appeal; therefore the appellant's attorneys will not be allowed any costs for appeal.

Order appealed from reversed.